

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Wally Yammine as Executor of the
Estate of Simona Yammine Barron,

\* From the County Court
  of Palo Pinto County,
  Trial Court No. C06229.

Vs. No. 11-25-00071-CV

\* November 25, 2025

Warren Fonville, PLLC,

\* Memorandum Opinion by Williams, J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Wally Yammine as Executor of the Estate of Simona Yammine Barron.